COM.

v.

ANDERSON, R.

2117 EDA 2015

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0013588–2013 (Philadelphia)

Affirmed

RAILROAD RECOVERY

v.

MAST, B.

3717 EDA 2015

Superior Court of Pennsylvania.

06/13/2017

Reargument Denied 8/9/2017

03647, July Term 2013 (Philadelphia)

Affirmed

COM.

v.

WOODARD, C.

722 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0009209–2009, (Philadelphia)

Affirmed

APPLECROSS CLUB

v.

PULTE HOMES OF PA.

791 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

Reargument Denied 8/16/2017

2012–09804

(Chester)

Affirmed

COM.

v.

VILLACORTA, L.

939 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

MC–51–CR–0005228–2015 (Philadelphia)

Vacated/Remanded